## IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2054 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 49 DB 2014 |
| | : | |
| v. | : | Attorney Registration No. 64598 |
| | : | |
| LYNN MARIETTA NICHOLS, | : | (Philadelphia) |
| | : | |
| Respondent | : | |
| | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 19th day of December, 2016, upon consideration of the Report and Recommendations of the Disciplinary Board, Lynn Marietta Nichols is suspended from the Bar of this Commonwealth for a period of thirty months, retroactive to July 17, 2014, and she shall comply with all the provisions of Pa.R.D.E. 217. Respondent shall pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).